# United States District Court
## Violation Notice

CVB Location Code: CA62

**Violation Number:** 5137149
**Officer Name (Print):** Kempf
**Officer No.:** 2543

5137149

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

**Date and Time of Offense (mm/dd/yyyy):** 05/29/2016  11:05 AM
**Offense Charged:** ☒ CFR ☒ USC ☐ State Code
16 USC 668dd(f)(2)
50 CFR 27.31(a)

**Place of Offense:** Tule Lake NWR Hill Road - SB near Visitor Center

**Offense Description: Factual Basis for Charge** HAZMAT ☐
Exceed posted speed limit – 53 MPH in 35 MPH zone

### DEFENDANT INFORMATION

**Last Name:** Kumar
**First Name:** Vaibhav
**M.I.:** —

**Tag No.:** 7DE0658
**State:** CA
**Year:** 13
**Make/Model:** Nissan Altima
**PASS:** ☐
**Color:** Silver

A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT.
B ☒ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT.

$ 180   Forfeiture Amount
+ $25 Processing Fee

**PAY THIS AMOUNT →** $ 205   Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address:
Date (mm/dd/yyyy):
Time (hh:mm):

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature: Vai[signature]

Original - CVB Copy
(Rev. 01/2011)

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on **May 29**, 20**16** while exercising my duties as a law enforcement officer in the **Eastern** District of **California**

The foregoing statement is based upon:
☒ my personal observation    ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: **06/01/2016**   [signature]
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident;  PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license;  CMV = Commercial vehicle involved in incident